IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DANIEL CLARK, Defendant. | PO-16-5030-JTJ  VIOLATION: 4595209  Location Code: M13  ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $370 and a $25 processing fee for VN 4595209 for a total amount of $395 in full by October 31, 2016. Payments should be mailed to the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the Warrant for Arrest is QUASHED.

DATED this 4th day of October, 2016.

_____
John Johnston
United States Magistrate Judge